UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MATTHEW MEINZER                                             Case No. 9:25-cv-80522-RLR

Plaintiff

v.

PARKING REVENUE RECOVERY
SERVICES INC. AND DANIEL B KELLEY
ATTORNEY AT LAW LLC

Defendant
_____/

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Robert A Gusrae, Esq., hereby enters his appearance as counsel for Defendant Parking Revenue Recovery Services Inc. and Daniel B Kelley Attorney at Law LLC. All parties are requested to take notice of this appearance and, in accordance with the applicable rules, to serve copies of any and all motions, pleadings, notices, orders, reports and/or documents of any kind or nature filed in these proceedings, whether filed in these proceedings by the Court or any other party in interest upon **Robert A Gusrae, Esq. at** 433 Plaza Real Ste 275 Boca Raton FL 33432. **(Gusraelaw@gmail.com).**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CM/ECF to all parties having made an appearance on the case on this, the 9th day of June, 2025.
\

/s/ Robert A Gusrae, Esq.
Robert A Gusrae, Esq.
433 Plaza Real Ste 275
Boca Raton FL 33432
Email: Gusraelaw@gmail.com
FBN:  99793